UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WINSTON L. DEAN, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0786** |
| **ORLEANS PARISH PRISON** | **SECTION "J"(4)** |

### O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Dean's § 1983 claims against the Orleans Parish Prison be **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 18th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE